In the Matter of the Custody of LINDA RADELL, an Infant. MORTON RADELL, Appellant; JEAN MAYER, Respondent.

There was no basis shown for an increase in the amount of support on which the parties had themselves agreed. As to visitation, there was enough evidence to indicate to the court that the husband had by his own inconsiderate actions forfeited the former slightly more liberal privileges. Appeal by petitioner from order made November 16, 1951, denying his motion to modify the decision of the court, dismissed, without costs. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

In the Matter of the VILLAGE OF PORT CHESTER, Respondent, Relative to Acquiring Title to Real Property of JOSEPH TUNICK & SONS, INC., Appellant, et al., Defendants.—

In this proceeding the interest which was allowed on the principal amount of the award was as much a part of the award as was the principal amount. In its entirety it exceeded the amount of the offer together with interest from the time of the making of the offer, and therefore defendants were entitled to costs. (Condemnation Law, § 16, subd. 2.) Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *post*, p. 1078.]